UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SUBPOENA TO FIG LLC IN CONNECTION WITH UNILOC USA INC., ET AL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　　Defendant. | Case No. 20-mc-80078-TSH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable William H. Alsup for consideration of whether the case is related to *Uniloc USA, Inc. v. Apple Inc.,* 18-cv-00358-WHA.

**IT IS SO ORDERED.**

Dated: May 8, 2020

_____
THOMAS S. HIXSON
United States Magistrate Judge